**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**                                                                **DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

June 25, 2020

Hon. Sanket J. Bulsara, U.S.M.J.
United States Federal Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Lawrence v. County of Suffolk, et al.</u>
              Docket No. CV19-2887 (FB)(SJB)

Dear Judge Bulsara:

Pursuant to your Honor's order of June 24, 2020, the Suffolk County Defendants submit this correspondence to respectfully advise the Court that we do not believe a settlement conference in the above referenced matter would be fruitful at this stage of the litigation. Unfortunately, for reasons relating to the current pandemic, as well as particular issues in this case, the County is not in a position to engage in meaningful settlement discussions at this time. Notwithstanding, counsel for the plaintiff, Amy Marion, Esq., has indicated that the plaintiff would like to engage in the settlement conference.

I thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
Acting County Attorney

By: */s/ Brian C. Mitchell*
      Brian C. Mitchell
      Assistant County Attorney

CC: all parties (via ECF)